IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 07 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:17cr131-HTW-LRA

BOBBY RAY MAHONE and                                  18 U.S.C. § 1951(a) & 2
LATESHA VAVURIS                                       18 U.S.C. § 924(c)(1)

**The Grand Jury Charges:**

## COUNT 1

On or about October 16, 2017, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendants, **BOBBY RAY MAHONE** and **LATESHA VAVURIS**, aided and abetted by each other, did unlawfully attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce by robbery, in that the defendants, **BOBBY RAY MAHONE** and **LATESHA VAVURIS**, did unlawfully take and obtain personal property, including United States currency, from the person of C.J. and against her will by means of actual and threatened force, violence, and fear of injury to her person and her property, in that the defendants did enter the Family Dollar Store armed and brandishing a weapon and demanding money.

All in violation of Section 1951(a) and 2, Title 18, United States Code.

## COUNT 2

On or about October 16, 2017, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **BOBBY RAY MAHONE**, did knowingly brandish and carry a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery which interfered with interstate commerce as charged in Count 1, in violation of Title 18, United States Code, Section 1951(a).

All in violation of Section 924(c)(1), Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, and all property used to facilitate the offenses. The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offenses alleged in this indictment:

1) Taurus .38 revolver, serial number M182593

2) Five (5) rounds of .38 caliber Aguila bullets

Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d), Title 18, United States Code.

*[signature]*
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the ___ day of November, 2017.

*[signature]*
UNITED STATES MAGISTRATE JUDGE